Mod AO 442 (09/13) Arrest Warrant     AUSA Name & Telno: Terhani

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **15 CRIM 229** |
| THOMAS HOEY, JR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-15

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  THOMAS HOEY, JR.,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Embezzlement from a pension plan, interstate transportation of stolen money, wire fraud, and money laundering

Date: 04/13/2015

*Issuing officer's signature*

City and state:  New York, New York

Debra Freeman
Magistrate Judge ~~Sarah Netburn~~
*Printed name and title*

### Return

This warrant was received on *(date)* 4/21/15, and the person was arrested on *(date)* 4/21/15
at *(city and state)* New York, NY.

Date: 4/21/15

*Arresting officer's signature*

Denise Chacher, Special Agent
*Printed name and title*