SHER TREMONTE LLP

May 15, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/27/2015

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Hoey*, No. 15-cr-229 (JMF)

Dear Judge Furman:

    We write on behalf of the defendant in the above-captioned case, Mr. Thomas Hoey, to apprise the Court as to the status of Mr. Hoey's representation. Mr. Hoey has completed and executed the Financial Affidavit in Support of Request for Attorney Services (CJA Form 23), thereby indicating that he is without resources to retain an attorney to represent him in this matter. Accordingly, it appears that Mr. Hoey qualifies for appointment of counsel pursuant to the Criminal Justice Act. A copy of Mr. Hoey's executed CJA Form 23 has been delivered to Your Honor's chambers today under separate cover.

Respectfully submitted,

Michael Tremonte

Upon review of the Defendant's CJA Form 23, the Court finds that the Defendant qualifies for appointment of counsel under the Criminal Justice Act and continues Mr. Tremonte's appointment. As the Court stated at the initial appearance, if it turns out that the Defendant does not qualify for appointment of counsel, he may be required to reimburse CJA for the costs of his representation. SO ORDERED.

May 26, 2015

80 BROAD STREET, SUITE 1301 | NEW YORK, NEW YORK 10004
WWW.SHERTREMONTE.COM | TEL: 212-202-2600 | FAX: 212-202-4156