UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 15 Crim. 229 (PAE) |
| THOMAS HOEY, JR., | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On March 1, 2021 the Court, having received a letter motion from Thomas Hoey, Jr. for compassionate release, reappointed Mr. Hoey's most recent CJA counsel, Kelley Sharkey, for the limited purpose of submitting a memorandum of law in support of his application. Dkt. 138. The Court set a briefing schedule wherein that memorandum was due March 22, 2021, and the Government's opposition was due March 29, 2021.

The Court has not received Ms. Sharkey's memorandum. Ms. Sharkey is directed to file forthwith a letter explaining the delay and proposing a new briefing schedule that contemplates the motion being fully briefed before April 15, 2021.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 24, 2021
New York, New York