UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA,

                Order

      -against-

                Docket No.15 Cr. 229 (PAE)

THOMAS HOEY,

            Defendant
------------------------------------------------------X

It is apparent that the full and most recent medical record maintained by the BOP for inmate Thomas Hoey, inmate id.92147-054, is necessary in order to proceed with his request for Compassionate Release. It is hereby **ORDERED** that the BOP provide an electronic copy of Thomas Hoey's medical record to defense counsel, Kelley J. Sharkey forthwith.

Dated:     3/25/2021

                                  *Paul A. Engelmayer*
                                  THE HONORABLE PAUL A ENGELMAYER
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF NEW YORK