UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

      v.

THOMAS HOEY, JR.,

                Judgment Debtor,

                and

ESTATE OF JOHN REINA,

                Garnishee.

15 CR 0229 (PAE)

**WRIT OF GARNISHMENT**

TO:    Danielle Jones, Executrix
        ESTATE OF JOHN REINA
        c/o Lee Riger, Esq.
        Rosenberg Fortuna & Laitman, LLP
        666 Old Country Road, Suite 810
        Garden City, New York 11530

An application for a writ of garnishment against the property of judgment debtor THOMAS HOEY, JR., whose last known address is in Long Beach, New York, has been filed with this Court. On July 25, 2016, the Court entered a judgment against THOMAS HOEY, JR., in the amount of $651,336.20, plus interest. The balance due as of January 5, 2026 is $567,364.84.

You are required by law to withhold and retain any property in which THOMAS HOEY, JR., has a substantial nonexempt interest and for which you have or may become indebted to THOMAS HOEY, JR., pending further order. You are required by law to file a written answer, under oath, within 10 days of service of this writ stating whether or not you have in your custody, control or possession, any property belonging or owed to the judgment debtor, including but not limited to insurance payment(s) resulting from a fire that destroyed certain real property co-owned

Writ of Garnishment – Page 1

by THOMAS HOEY, JR. and JOHN REINA, namely 33 Flintlock Drive, Shirley, New York, and any other funds that are or may become due and payable to THOMAS HOEY, JR. in the lawsuit *Thomas Hoey, Jr. v. Danielle Jones, Executrix of the Estate of John Reina*, No. 606585/2022 (Sup. Ct., Suffolk Co., NY). Property that is exempt and that is not subject to this writ is listed in the enclosed Clerk's Notice.

You must file the original answer to this writ with the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520, and send a copy of your Answer to THOMAS HOEY, JR., and the United States Attorney's Office, 86 Chambers Street, New York, New York 10007, Attn: Financial Litigation Program. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience. Please note that your answer will be publicly filed and redact personal identifying information and account number(s) accordingly.

If you fail to answer or withhold property in accordance with this writ, the United States of America may petition the Court for an order directing you to appear before the Court to show good cause why you failed to comply with the writ.  If you fail to appear or do appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the judgment debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to THOMAS HOEY, JR. any items attached by this writ. Do not deliver the property to the Clerk of Court yet.  Instead, withhold and retain the property until the Court enters an order directing the disposition of the property.

Dated: New York, New York
      January 13, 2026

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

**Writ of Garnishment – Page 2**