15-CR-229 (PAE)					D & F

Dear Judge Engelmayer,

    I received a Notice of Garnishment and Instructions to Debtor from AUSA Melissa Childs, I am not a lawyer, and I cannot afford to pay a federal lawyer in order to respond to this Notice of Garnishment. I plead with this Honorable Court to grant me counsel pursuant to the CJA Act, 18 U.S.C. 3006A.

I humbly request this Honorable Court to review this pleading in light of Haines v. Kerner, 404 US 519, (1972)(pro se pleadings held to "less stringent standards than formal pleadings drafted by lawyers.")

Gratefully,
Thomas Hoey Jr
February 11, 2026
Case 15-cr-229(PAE)

-----------------------------------------------

Certificate of Service

  I, Thomas Hoey Jr, hereby swear that I served a copy of this pleading to AUSA Melissa Childs, 86 Chambers Street, New York, N.Y. 10007, today, February 11, 2026, via First Class Mail.

X_____
  Thomas Hoey Jr