UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

THOMAS HOEY, JR.,

Defendant.

15-Cr-229 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On January 13, 2026, upon application by the Government, the Court issued two writs of garnishment to enforce the judgment against defendant Thomas Hoey, Jr. Dkts. 158, 159. On February 24, 2026, the Court received Hoey's request for appointment of counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, to "respond to this Notice of Garnishment." Dkt. 162. For the reasons that follow, that request is denied.

Defendants do "not possess a right of counsel derived from the Sixth Amendment" in challenging garnishment. *United States v. Cohan*, 798 F.3d 84, 89 (2d Cir. 2015) ("a writ of garnishment hearing is a civil proceeding collateral to the underlying criminal conviction"). Although this Court has discretion, in the absence of a right to counsel, to "request an attorney to represent any person unable to afford counsel," 28 U.S.C. § 1915(e)(1), the Court does not find that the circumstances warrant such appointment. Hoey has not demonstrated his inability to afford representation; on the contrary, Hoey sought this Court's permission just months ago, in September 2025, to travel to Aruba—a request the Court denied. Nor has Hoey demonstrated that his position in opposing garnishment is "likely to be of substance." *Hodge v. Police Officers*, 802 F.2d 58, 61 (2d Cir. 1986); *see United States v. Liounis*, No. 12 Cr. 350, 2024 WL 3470592, at *3 (E.D.N.Y. July 19, 2024) (denying request for counsel in garnishment proceeding

1

where defendant's "position seems highly unlikely to be of substance" because property not exempt from garnishment (citing 26 U.S.C. § 6334(a))).

Accordingly, Hoey's request for CJA counsel is DENIED.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 25, 2026
　　　　New York, New York