UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

THOMAS HOEY,

Defendant.

15-CR-229 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received an answer from a garnishee in this case. *See* Dkt. 164. The Court directs the Government to file a letter response stating, *inter alia*, whether any action from the Court is warranted at this time. The Government's letter is due Friday, March 13, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 6, 2026
       New York, New York