UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Judgment Creditor,

      v.

THOMAS HOEY, JR.,

              Judgment Debtor,

          and

ESTATE OF JOHN REINA, AND OCEAN HARBOR
CASUALTY INSURANCE COMPANY,

          Garnishees.

15 CR 0229 (PAE)

**PUBLIC FILING**

## ANSWER OF THE GARNISHEE

I, John Matt Thomas, the Claims Manager of the Garnishee, Ocean Harbor Casualty Insurance Company, state under penalty of perjury as follows:

GARNISHEE IS (choose one):
[ __ ] An individual doing business in the name of _____.
[ __ ] A partnership, [ __ ] LP, [ __ ] LLP or [ __ ] LLC
[ x ] A corporation, organized under the laws of the State of Florida.

I acknowledge receipt of the United States' request that Garnishee waive service of the garnishment process under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Garnishee by:
[ __ ] facsimile at ( __ ) _____ - _____ and/or
[ x ] e-mail at and/or mthomas@oceanharbor-ins.com
[ __ ] first class mail at _____

[ x ] **GARNISHEE SEEKS DISCHARGE FROM FURTHER OBLIGATION AND REQUESTS ENTRY OF AN ORDER TO DEPOSIT THE PROPERTY OF THE JUDGMENT DEBTOR INTO THE REGISTRY OF THE COURT.** *See* 28 U.S.C. § 3206.

On February 10, 2026, Garnishee was served with a Writ of Garnishment. At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the judgment debtor:

**Answer of Garnishee – Page 1**

**1.    Financial Accounts**

**Account 1**

Type:_____

No.:_____

Title owner(s): _____

Amount: $_____

**Account 2**

Type:_____

No.:_____

Title owner(s): _____

Amount: $_____

2.    **Safety Deposit Box**

Box No.: _____

Last accessed: _____

Owners other than the judgment debtor:

_____

3.    **Other personal property** in the garnishee's possession, custody, or control:

_____

_____

_____

4.    Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? [ ] Yes or [ x ] No; if the answer is yes, describe below (case number, state, county):

_____

5.    Does the garnishee have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [ ] Yes or [ x ] No If the answer is yes, describe below:

_____

_____

_____

GARNISHEE mailed a copy of this Answer by certified mail, R.R.R. to:

(1) the judgment debtor, Thomas Hoey, Jr., at Long Beach, New York;

(2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

Answer of Garnishee – Page 2

(3) Financial Litigation Unit, USAO, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of March, 2026.

_____    ___John M. Thomas_____

(Signature)    (Print Name)

Title: Claims Manager

Address: 2549 Barrington Circle

City, State, Zip: Tallahassee, Fl. 32308

Telephone and Fax Numbers: 646-751-5615

Email: Mthomas@oceanharbor-ins.com

STATE OF Florida_____
COUNTY OF Alachua_____

Subscribed and sworn to before me this 3rd day of March_____, 2026.

_Malissa R. Garcia_____    My Commission expires:_____
Notary Public Signature    (Seal)

MALISSA L GARCIA
Notary Public - State of Florida
Commission # HH 372415
My Comm. Expires Mar 22, 2027
Bonded through National Notary Assn.

**Answer of Garnishee – Page 3**