UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

      v.

THOMAS HOEY, JR.,

                Judgment Debtor,

                and

ESTATE OF JOHN REINA, and OCEAN
HARBOR CASUALTY INSURANCE
COMPANY,

                Garnishees.

15 CR 0229 (PAE)

~~[PROPOSED]~~

**ORDER TO DEPOSIT FUNDS
IN COURT REGISTRY**

Upon consideration of the Answers of the Garnishees (Dkts. 160, 164) and the Government's request for an order directing the deposit of certain funds into the Court's registry, by the authority vested in this Court pursuant to the Federal Debt Collection Procedure Act, 28 U.S.C. §§ 3004 (nationwide enforcement), 3013 (extension and modification of remedy), 3202(a) (judgment enforcement remedies), 3205 (garnishment), and the All Writs Act, 28 U.S.C. § 1651, pending the adjudication of claims in the garnishment proceeding, it is hereby

ORDERED that the Garnishee, OCEAN HARBOR CASUALTY INSURANCE COMPANY, shall immediately deposit the sum of $253,573.92, which represents insurance proceeds otherwise payable to Thomas Hoey, Jr. and the Estate of John Reina, with the Clerk of Court within three business days from the date it receives this order; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of Court shall receipt payment of $253,573.92 from the Garnishee, OCEAN HARBOR CASUALTY INSURANCE COMPANY,

and maintain such payment on deposit in the Court's registry until further order, pursuant to 28

U.S.C. §§ 2042 and 3205, directing the final disposition of the funds; and it is further

ORDERED that upon deposit of $253,573.92 with the Clerk of Court, the Garnishee,

OCEAN HARBOR CASUALTY INSURANCE COMPANY, shall be discharged and released

from any further obligation on the writ of garnishment pursuant to 28 U.S.C. § 3206.

Dated: _____March 13_____, 2026
      New York, New York

                                  _____Paul A. Engelmayer_____
                                  HON. PAUL A. ENGELMAYER
                                  UNITED STATES DISTRICT JUDGE