

# ROSENBERG FORTUNA FILOSA & LAITMAN, LLP

### ATTORNEYS AT LAW

**Lee E. Riger, Partner**
lee@rosenbergfortuna.com

March 26, 2026

*VIA EMAIL to EngelmayerNYSDChambers@nysd.uscourts.gov*
Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court, Southern District of New York
40 Centre Street
New York, New York 10007

**Re:**   **United States of America v. Thomas Hoey, Jr. and Estate of John Reina et al.**
**Criminal Action No. 1:15-cr-00229-PAE**

Dear Judge Engelmayer:

Our office represents the Estate of John F. Reina (the "Estate"), in this matter.  The Estate is a named garnishee with respect to the Application for Writs of Garnishment filed by the United States Attorney's Office, as well as a victim of Mr. Hoey.  In order for the Estate to fully participate in the proceedings relevant to our client, including by filing any relevant documents on ECF and receiving all relevant notices in a timely manner, we respectfully request that "Danielle Jones, as Executrix of the Estate of John Reina" be added as a party to the action.

The Court's attention to this matter is greatly appreciated.

Very truly yours,

*Lee E. Riger*

**Lee. E. Riger**

cc:  Melissa A. Childs, Assistant United States Attorney
(via email to Melissa.Childs@usdoj.gov)

**GRANTED.**

SO ORDERED.

3/27/2026

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

666 OLD COUNTRY ROAD, SUITE 810 • GARDEN CITY, NEW YORK 11530 • (516) 228-6666