UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Judgment Creditor,

    v.

THOMAS HOEY, JR.,

           Judgment Debtor,

    and

ESTATE OF JOHN REINA, AND OCEAN
HARBOR CASUALTY INSURANCE
COMPANY,

           Garnishees.

15 CR 0229 (PAE)

**NOTICE OF MOTION
FOR FINAL ORDER OF
GARNISHMENT**

PLEASE TAKE NOTICE that the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, moves before the Honorable Paul A. Engelmayer, United States District Judge, United States Courthouse, 40 Foley Square, New York, New York, pursuant to 18 U.S.C. §§ 3613, 3664(m) and 28 U.S.C. § 3205, upon the accompanying memorandum of law, to enter a final order of garnishment.

Date:
    New York, New York
    April 23, 2026

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney

By:    */s/ Melissa A. Childs*
        MELISSA A. CHILDS
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2711
        E-mail: melissa.childs@usdoj.gov

TO:    GARNISHEES (by ECF):    DEFENDANT-JUDGMENT DEBTOR:

Danielle Jones, Executrix    Thomas Hoey, Jr.
ESTATE OF JOHN REINA    XXXX
c/o Lee Riger, Esq.    Long Beach, NY

OCEAN HARBOR CASUALTY
INSURANCE COMPANY
c/o Randy Faust, Esq.