UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　　　　　　Judgment Creditor,

　　v.

THOMAS HOEY, JR.,

　　　　　　　　Judgment Debtor,

　　and

ESTATE OF JOHN REINA, and OCEAN
HARBOR CASUALTY INSURANCE
COMPANY,

　　　　　　　　Garnishees.

15-CR-0229 (PAE)

**FINAL ORDER**
**OF GARNISHMENT**

WHEREAS, on July 25, 2016, the Court entered judgment against the Judgment Debtor,

THOMAS HOEY, JR., in the amount of $651,336.20, comprised of a $400 special assessment and

$650,936.20 in restitution to the victims of his crimes, and pursuant to 18 U.S.C. § 3612(f), interest

accrues on the unpaid restitution balance at the rate of 0.52%. *See* Judgment (Dkt. 100); Amended

Judgment (Dkt. 131); Restitution Order (Dkt. 101);

WHEREAS, pursuant to the Mandatory Victim Restitution Act ("MVRA"), 18 U.S.C. §§

3613, 3664(m), and the Federal Debt Collection Procedure Act ("FDCPA"), 28 U.S.C. § 3205, the

United States of America ("the Government") sought, obtained, and served Writs of Garnishment

on the Garnishees, the ESTATE OF JOHN REINA, and OCEAN HARBOR CASUALTY

INSURANCE COMPANY, for substantial nonexempt property belonging to or due the Judgment

Debtor, THOMAS HOEY, JR. (Dkts. 157-59 and 161);

WHEREAS, on January 23, 2026, in compliance with 28 U.S.C. § 3205(c)(4), the ESTATE

OF JOHN REINA filed an Answer of the Garnishee and served a copy on the Government and the

Judgment Debtor stating that it holds $460.12 in a checking account number ending in 8330, half

**Final Order of Garnishment - Page 1**

of which belongs to Hoey, and three unnegotiated checks totaling $253,573.92 payable to the Estate of John Reina and Hoey, which represents insurance proceeds payable to them from their co-owned real property, half of which belongs to Hoey. *See* Answer (Dkt. 160);

WHEREAS, on March 3 and 10, 2026, in compliance with 28 U.S.C. § 3205(c)(4), OCEAN HARBOR CASUALTY INSURANCE COMPANY, filed Answers of the Garnishee and served copies on the Government and the Judgment Debtor stating that it held insurance proceeds payable to Hoey and the Estate of Reina for the following losses regarding the co-owned and insured real property at 33 Flintlock Drive, Shirley, New York, and requesting an order allowing it to deposit these sums with the Court and to be discharged from further obligation under the writ pursuant to 28 U.S.C. § 3206:

| Date | Insured | Property | Loss Payable to | Amount |
|---|---|---|---|---|
| 11/03/2025 | John Reina | Building | Estate of John Reina and Thomas Hoey, Jr. | $231,432.84 |
| 11/03/2025 | John Reina | Rental | Estate of John Reina and Thomas Hoey, Jr. | $20,016.00 |
| 11/03/2025 | John Reina | Personal Property | Estate of John Reina and Thomas Hoey, Jr. | $2,125.08 |
| **Total** | | | | **$253,573.92** |

*See* Answers (Dkts. 164, 169);

WHEREAS the Court granted Ocean Harbor's request to deposit the sum of $253,573.92 into the Court's registry and (?) to be discharged from any further obligation in this garnishment proceeding. *See* Order to Deposit Funds in Court Registry (Dkt. 170);

WHEREAS, in compliance with 28 U.S.C. § 3202(c), the Government served the Judgment Debtor, THOMAS HOEY, JR., with the garnishment process 90 days ago (Dkt. 161);

WHEREAS the FDCPA requires the Judgment Debtor to file a claim for exemption, objection to the Garnishee's answer, or request for a hearing within 20 days after service under 28

**Final Order of Garnishment - Page 2**

U.S.C. §§ 3202(d) and 3205(c)(5), and that time has expired without any such filing by or on behalf of the Judgment Debtor;

WHEREAS, pursuant to 28 U.S.C. § 3205(c)(7), after a Garnishee files an answer and if no hearing is requested within the required time period, the Court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's nonexempt interest in the property held by the Garnishee;

WHEREAS it is undisputed that the Government is entitled to garnish the substantial nonexempt property of the Judgment Debtor, and that the Judgment Debtor is entitled to 50% of the funds held by the Garnishee and the Clerk of Court, *see* 18 U.S.C. §§ 3613(a)-(f); *id.* §§ 3664(m)(1)(A)(i)-(ii); 28 U.S.C. §§ 3202, 3205;

WHEREAS the Judgment Debtor, THOMAS HOEY, JR., has made payments totaling $113,752.12 and still owes restitution in the amount of $567,034.40;

IT IS THEREFORE ORDERED that the Garnishee, ESTATE OF JOHN REINA, shall submit 50% of the funds in its checking account number ending in 8330 to the Clerk of Court for application to THOMAS HOEY, JR.'s unpaid restitution balance;

IT IS FURTHER ORDERED that the Clerk of Court shall apply 50% of the funds on deposit in the Court's registry from the garnishee, OCEAN HARBOR CASUALTY INSURANCE COMPANY ("Ocean Harbor"), toward THOMAS HOEY, JR.'s unpaid restitution balance; and

IT IS FURTHER ORDERED that the Clerk of Court shall release 50% of the funds deposited by Ocean Harbor to the ESTATE OF JOHN REINA, as the co-owner of the funds held in the Court's registry.

Dated: New York, New York
_____, 2026

_____
UNITED STATES DISTRICT JUDGE

**Final Order of Garnishment - Page 3**