| | | | | |
|---|---|---|---|---|
| Last Name | **Hoey, Jr.** | First Name | **Thomas** | CDCS Number **2016A71783** |
| Court Number | **15 CR 0229** | Current Liability | **$567,034.40** | |

**EXHIBIT A**
**PAYMENT HISTORY REPORT**

| Finance Code | Received Date | Received From | Posting Date | Payment Amount |
|---|---|---|---|---|
| PMNT | 02/10/2021 | THOMAS HOEY JR | 02/11/2021 | $110,603.49 |
| PMNT | 02/11/2021 | THOMAS HOEY JR | 03/04/2021 | $25.00 |
| PMNT | 06/09/2021 | THOMAS HOEY JR | 07/13/2021 | $40.00 |
| PMNT | 09/10/2021 | THOMAS HOEY JR | 10/22/2021 | $40.00 |
| PMNT | 12/13/2021 | THOMAS HOEY JR | 01/21/2022 | $40.00 |
| PMNT | 03/11/2022 | THOMAS HOEY JR | 04/08/2022 | $40.00 |
| PMNT | 06/13/2022 | THOMAS HOEY JR | 07/15/2022 | $40.00 |
| PMNT | 09/09/2022 | THOMAS HOEY JR | 10/19/2022 | $40.00 |
| PMNT | 12/13/2022 | THOMAS HOEY JR | 01/18/2023 | $40.00 |
| PMNT | 03/10/2023 | THOMAS HOEY JR | 04/07/2023 | $40.00 |
| PMNT | 12/14/2023 | THOMAS HOEY JR | 12/15/2023 | $100.00 |
| PMNT | 02/28/2025 | THOMAS HOEY JR | 03/05/2025 | $185.07 |
| PMNT | 03/26/2025 | THOMAS HOEY JR | 03/28/2025 | $111.62 |
| PMNT | 04/28/2025 | THOMAS HOEY JR | 04/30/2025 | $135.19 |
| PMNT | 05/20/2025 | THOMAS HOEY JR | 05/22/2025 | $75.59 |
| PMNT | 06/10/2025 | THOMAS HOEY JR | 07/03/2025 | $115.80 |
| PMNT | 07/13/2025 | THOMAS HOEY JR | 07/15/2025 | $115.80 |
| PMNT | 08/11/2025 | THOMAS HOEY JR | 08/13/2025 | $108.88 |
| PMNT | 09/11/2025 | THOMAS HOEY JR | 09/13/2025 | $105.68 |
| PMNT | 09/25/2025 | THOMAS HOEY JR | 09/27/2025 | $150.00 |
| PMNT | 10/24/2025 | THOMAS HOEY JR | 10/28/2025 | $150.00 |
| PMNT | 11/15/2025 | THOMAS HOEY JR | 11/18/2025 | $150.00 |
| PMNT | 11/16/2025 | THOMAS HOEY JR | 11/18/2025 | $200.00 |
| PMNT | 12/14/2025 | THOMAS HOEY JR | 12/16/2025 | $150.00 |
| PMNT | 12/15/2025 | THOMAS HOEY JR | 12/17/2025 | $200.00 |
| PMNT | 01/15/2026 | THOMAS HOEY JR | 01/17/2026 | $350.00 |
| PMNT | 02/13/2026 | THOMAS HOEY JR | 02/18/2026 | $500.00 |
| PMNT | 03/15/2026 | THOMAS HOEY JR | 03/18/2026 | $150.00 |
| PMNT | 04/13/2026 | THOMAS HOEY JR | 04/15/2026 | $150.00 |
| **Grand Total** | | | | **$114,152.12** |