# EXHIBIT B
# DEFENDANT'S LETTER TO THE COURT
# DATED MARCH 24, 2026

**Thomas Hoey Jr.**
██████████████
Long Beach, NY 11561

March 24, 2026

**Hon. Paul A. Engelmayer**
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Hoey*
15-cr-229 (PAE)

---

Dear Judge Engelmayer:

I respectfully write regarding the pending writ of garnishment and to request that the Court defer ruling until the related state court proceedings determine the parties' respective rights to certain insurance proceeds.

At the outset, I wish to make clear that I am in agreement with the position expressed by the Government, & Assistant United States Attorney Melissa Childs, that any funds properly attributable to me should be applied toward my restitution obligation. I have been working diligently to satisfy that obligation and fully support the Government receiving its rightful share.

The funds at issue arise from a civil action that I initiated in 2022, *Thomas Hoey Jr. v. Stephen Reina*, Index No. 606585/2022, in the Supreme Court of the State of New York, Suffolk County. That litigation concerns, among other things, my entitlement to rental income and related proceeds connected to the property located at 33 Flintlock Drive, Shirley, New York.

I purchased this property in 1997 entirely with my own funds, as reflected in my 1997 tax returns, which are part of the evidentiary record in the state court proceedings. From the time of that purchase until my incarceration in December 2013, I received approximately $9,000 annually in net rental income from the property; however, since that time, I have not received those funds. The rental income I have been denied totals approximately $117,000 to date, aside from my ownership interest in the property itself.

I commenced the state court action for partition or sale of the property and for an accounting of rents due me but misappropriated by the Estate of John Reina, while alive, and after his death by the Reina children

The Appellate Division, Second Department, has taken an active role in that litigation and has scheduled proceedings to determine the proper allocation of insurance proceeds and the respective rights of the parties. Those determinations are directly relevant to the present garnishment proceeding, as they will establish what portion of those funds constitutes property belonging to me.

At present, my civil adversaries have declined to resolve the matter through settlement..I believe they have declined settlement, because they are aware that if this Court grants this Writ of garnishment which could be decided March 31st, they will win money that they are not entitled to. I am concerned that proceeding with garnishment before that determination is made risks facilitating an outcome in which my adversaries benefit  and obtain funds to which they are not legally entitled. In light of that posture, the allocation of the insurance proceeds will need to be determined through the ongoing state civil judicial process

Proceeding with garnishment prior to that determination  will award my civil adversaries 50% of the insurance checks, when they are entitled to much less than 50%. A brief adjournment would allow the state court to resolve these issues and help ensure that any funds determined to be mine are properly directed to the government & restitution.

  The insurance company has requested from this Court that the division of funds issued by them be deemed proper by this Court. Based upon the above description, it is not. In fact, the undersigned in law and equity should receive the total insurance checks amounting to $253,000.

My intent is not to delay enforcement, but to ensure that the Government receives the correct and full share of any proceeds to which I am legally entitled, once those rights are adjudicated.

For these reasons, I respectfully request that the Court defer ruling on the writ of garnishment until the state court proceedings have established the parties' respective rights to the insurance proceeds.

Thank you for the Court's consideration.

Respectfully submitted,

Thomas Hoey

Thomas Hoey Jr.
 Defendant, Pro Se

—-------------------------------------------------------------------------------------------

Certificate of Service

I, Thomas Hoey Jr, hereby swear that I served a copy of this pleading to AUSA Melissa Childs, 86 Chambers Street, New York, N.Y. 10007, by First Class Mail, today March 24, 2026.

X_Thomas Hoey

 Thomas Hoey Jr