EXHIBIT C
JUDGMENT AWARDING ATTORNEY'S FEES
TO THE ESTATE OF REINA

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

------------------------------------------------------------------------x

THOMAS HOEY JR.,

Index No. 606585/2022

Plaintiff,

-against-

STEPHEN REINA, as successor in interest to John Reina,
Deceased, DANIELLE REINA as successor in interest to
John Reina, Deceased, JOHN REINA, JR., as successor in
interest to John Reina, Deceased,

**ENTERED:  MAR 1 9 2026**
**AT:**  $9:00$ /1

**JUDGMENT**

Defendants.

------------------------------------------------------------------------x

**WHEREAS** upon order of the Hon. Christopher Modelewki dated July 14, 2025

[NYSCEF Doc. No. 237], this matter was set down for a hearing pursuant to 22 NYCRR 130-1.1

to determine whether sanctions should be imposed against Plaintiff Thomas Hoey, Jr. and/or his

counsel, and/or whether attorney's fees should be awarded to Defendants; and

**WHEREAS** a hearing was conducted before the Hon. Christopher Modelewski, on

October 21, 2025 with Plaintiff being present, and a determination having been made by the Court

finding the conduct of Plaintiff and his counsel to be frivolous within the definition of 22 NYCRR

§130-1.1 (a transcript of the hearing having been So Ordered by the Court on January 23, 2026

[see NYSCEF Doc. No. 308]) and awarding Defendants legal fees against Plaintiff;

**NOW, THEREFORE,** on application of Rosenberg Fortuna Filosa & Laitman, LLP,

attorneys for Defendants, it is hereby:

**ADJUDGED** that Defendant Stephen Reina, residing at 40 S. Merrick Road, Massapequa,

New York 11758 c/o Rosenberg Fortuna Filosa & Laitman, LLP by Lee E. Riger, Esq., located at

666 Old Country Road, Suite 810, Garden City, New York 11530, Defendant Danielle Reina

residing at 45 Alhambra Road, Massapequa, New York 11758 c/o Rosenberg Fortuna Filosa &

Laitman, LLP by Lee E. Riger, Esq., located at 666 Old Country Road, Suite 810, Garden City, New York 11530 and Defendant John Reina s/h/a John Reina, Jr., residing at 14 Saltaire Place, Massapequa, New York 11758, c/o Rosenberg Fortuna Filosa & Laitman, LLP by Lee E. Riger, Esq., located at 666 Old Country Road, Suite 810, Garden City, New York 11530, have judgment in the amount of $18,012.60 against Thomas Hoey, Jr., residing at 780 West Broadway, Long Beach, New York 11561 with interest having accrued in the amount of $657.12 (147 days [from the date of hearing through the date of submission of this judgment] @ $4.44/day) for a total amount of **$18,669.72** and that Defendants have execution therefor.

Dated: Riverhead, New York

March **MAR 1 9 2026** _____, 2026

E N T E R:

_____
CLERK OF THE COURT

Total:

$ 18,669.72

2

FILED

MAR 19 2026

Vincent Puleo
CLERK OF SUFFOLK COUNTY