UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

THOMAS HOEY, JR.,

Defendant.

15 Cr. 229 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 5, 2026, the Court issued a final order of garnishment in this case. *See* Dkt. 175. Today, the Court issued a sealed order, *see* Dkt. 176, which identified for the Clerk of Court the names and addresses of the heirs of two deceased victims who had been identified in the Court's July 29, 2016 restitution order as persons entitled to restitution, *see* Dkt. 101. The Court thanks the Government for its assistance in drafting both of these recent orders.

Separately, the Court has recently received, from the United States Attorneys' Office, sealed letters from family members and friends of, or civil counsel for, defendant Thomas Hoey, Jr. ("Hoey"). The Court is docketing these letters under seal. These letters address a parcel of property on 33 Flintlock Drive, in Shirley, New York (the "Shirley property"), in which Hoey had an interest, and which has since burned down. The letters assert, in essence, that notwithstanding the formal division of ownership in this property between Hoey and the late John F. Reina, in reality, Hoey alone is entitled to the insurance proceeds and rent due with respect to that property.

The Court's understanding is that the issues relating to the property are the subject of separate and ongoing state-court proceedings, and thus are not the province of this Court to

resolve. The Court, however, solicits the Government's input on this point. Specifically, the Court seeks the Government's views as to whether there is any proper action for the Court to take with respect to the Shirley property or moneys associated with it. The Government's letter on this point is due Wednesday, June 3, 2026.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 20, 2026
       New York, New York

2